IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENISE R. REED                                                                                  PLAINTIFF

V.                                              NO. 08-4116

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                       DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this same date, the court hereby reverses the ALJ's decision and remands this matter to the ALJ, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with this opinion.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 15th day of December, 2009.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE